*People ex rel. Riley* v. *Steers*, 166 App. Div. 940, affirmed.
(Argued April 14, 1915; decided May 4, 1915.)

APPEAL from an order of the Appellate Division of the Supreme Court in the second judicial department, entered January 22, 1915, which affirmed an order of Special Term granting a motion for a peremptory writ of mandamus to compel the defendant to assign to the relator the performance of all the bricklaying which should thereafter be required in the bureau of sewers of the department of public works in the borough of Brooklyn.

*Frank L. Polk, Corporation Counsel (Thomas F. Magner and Charles J. Druhan of* counsel), for appellant.

*Walter H. Dodd* for respondent.

Order affirmed, with costs; no opinion.
Concur: WERNER, HISCOCK, CHASE, COLLIN, HOGAN, MILLER and CARDOZO, JJ.

---

THE PEOPLE OF THE STATE OF NEW YORK ex rel. JOHN J. MARA, Respondent, *v.* RHINELANDER WALDO, as Police Commissioner of the City of New York, Appellant.

*People ex rel. Mara* v. *Waldo*, 166 App. Div. 890, affirmed.
(Argued April 14, 1915; decided May 4, 1915.)

APPEAL from an order of the Appellate Division of the Supreme Court in the second judicial department, entered December 24, 1914, which sustained a writ of certiorari and reversed the determination of the defendant dismissing the relator from the police force of the city of New York and directed that he be reinstated. The specifica-

40

tions upon which the charges were based, alleged: 1. That on or about September 7, 1913, relator wrote and forwarded an official communication direct to the police commissioner, addressed "Police Commissioner Waldo," and signed "Patrolman," which the commissioner received on or about September 9, 1913. 2. That relator violated rule 561 of the rules and regulations of the police department in that he failed to sign his rank, first name in full, middle initial, surname and shield number to the said letter, and neglected to use the official stationery therefor. 3. That he addressed and forwarded to the police commissioner the said letter, in violation of paragraph 563 of the rules aforesaid. 4. That, being questioned by the chief inspector in room 100, police headquarters, Manhattan, on September 15, 1913, as to whether he wrote the said letter, he denied that he did, etc.; which statements were false and known by relator to be false.

*Frank L. Polk*, Corporation Counsel (*Thomas F. Magner* and *Frank Julian Price* of counsel), for appellant,

*Jacob Rouss* for respondent.

Order affirmed, with costs; no opinion.

Concur: WERNER, HISCOCK, CHASE, COLLIN, HOGAN, MILLER and CARDOZO, JJ.